**Order entered January 23, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01480-CV

**PLANO AMI LP, ET AL., Appellants/Cross-Appellees**

**V.**

**ERWIN CRUZ, M.D., Appellee/Cross-Appellant**

### No. 05-12-01559-CV

**CHERRY PETERSEN LANDRY ALBERT LLP, Appellant**

**V.**

**ERWIN CRUZ, M.D., Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-16274**

## ORDER

The parties' joint motion to extend the mediation deadline is **GRANTED**. The mediation deadline is extended to February 25, 2014, and the deadline for the parties' status report is extended to March 7, 2014.

/s/     ELIZABETH LANG-MIERS
          PRESIDING JUSTICE